UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA M. GUZMAN,<br><br>                    Plaintiff,<br><br>       vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security,<br><br>                    Defendant. | CASE NO. ED CV 13-00272 RZ<br><br>ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE |

   By Amended Notice of Order Dismissing Counsel of Record and Notice to Plaintiff of Extension and Further Proceedings, served on October 2, 2013 by mail to Plaintiff's address of record, Plaintiff was ordered to file a Memorandum in Support of Plaintiff's Complaint by October 31, 2013.  The docket sheet shows that, as late as the date of this Order, Plaintiff has not filed a Memorandum in Support of Plaintiff's Complaint. Plaintiff has failed to comply with the Court's order.

   Accordingly, IT IS ORDERED that within 20 days of the filing date of this Order, Plaintiff shall show cause in writing why this action should not be dismissed.  If Plaintiff fails to file a written objection to dismissal of this action within the time specified, the failure may be deemed to be consent to a dismissal as against Defendant.  The filing of a Plaintiff's Memorandum in Support of Complaint within 20 days, shall discharge the order to show cause.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order on all parties appearing in this action.

DATED: November 19, 2013

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

- 2 -